IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTURO MARTINEZ-SANCHEZ,

    Petitioner,

v.                                       CASE NO. 4:09-cv-00350-MP-WCS

P AUGUSTINE,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Report and Recommendation of the Magistrate Judge, recommending that the § 2241 Petition be dismissed. The petitioner was taken into federal custody after being released from state custody and claimed that he was "being illegally detained in federal custody, with no pending charges and/or detainers" and that "Bureau of Prison officials have refused to proved details, other than to say that Bay County, FL has placed a hold on me." Petition, Doc. 1. He seeks to be released from federal custody.

The Magistrate Judge directed the government to file a response, which the government did. The government points out that Petitioner was in federal custody for only one month in November and December of 2005, before he was transferred back to state custody. While in state custody (March of 2006) he was convicted in federal court and given a six-month sentence by Judge Hinkle. From 2005 to July 2009, he served a state sentence in state custody, and when he finished that term, he entered federal custody to begin the remainder of the six month federal sentence. Additionally, Immigration and Customs Enforcement also had a detainer against him, see Doc. 7, attachment 1, which would have justified his federal custody. Accordingly, the

Magistrate Judge recommends dismissing this case summarily. The time for filing objections has passed, and none have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *30th*  day of December, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge